AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
(714) 621-0200

DEC 1 9 2006

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

SHAWN MICHAEL    SCALA
PIXIE ERIN    SCALA

Debtor(s)

) Chapter 13
) Case No. SA 06-11686 JR  TA
)
) TRUSTEE'S REPORT AND MOTION FOR
)     CONFIRMATION OF PLAN
)     AND ALLOWANCE OF FEES
)
)
)

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

Debtor's net income is $ **$4,532.67** per month

Spouse/other net income is $ **$150.00** per month

Debtor's Budget shows $ **$1,384.01** disposable income.

Debtor proposes to pay $ **$1,294.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **0**% to unsecured creditors.

By interlineation: **This is a base plan with all tax refunds pledged into the plan for the duration of the plan. The base amount is $77,640.00.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated:  December 19, 2006

_____
Amrane Cohen, Chapter 13 Trustee