AMRANE
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
(714) 621-0200

**FILED**
DEC 2 8 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**SHAWN MICHAEL SCALA**
**PIXIE ERIN SCALA**

Social Security No. xxx-xx-1240 Debtor
Social Security No. xxx-xx-6658 Joint Debtor
Debtor(s)EIN No.: __

) Chapter 13
) Case No. SA 06-11686 TA
)
)   **ORDER CONFIRMING**
)   **CHAPTER 13 PLAN**
)
) Hearing Date: 12/19/06
) Hearing Time: 1:30 p.m.
) Courtroom: 5B

**ENTERED**
JAN - 4 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Debtor's Chapter 13 Plan, or modified Plan if any, was filed on **09/26/06**, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1. The Debtor's Plan is confirmed with the following provisions:

    The plan payment amount is $ **$1,294.00**. The due date is the **26th** day of each month for **60** months. Interlineations contained in the Trustee's Report and Motion for Confirmation, if any, are hereby approved and made a part of the Plan.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by debtor.

3. Other provisions:

    (a) _ This is a base plan with the debtor paying at least $ **$77,640.00** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual/annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

    (b) **X** The Trustee is authorized to make payments to holders of secured claims based on Debtor's plan.

    (c) **X** Debtor's attorney is awarded fees of $**$3,000.00**; having received $ **$3,000.00**, counsel is entitled to $ **$0.00** from the Estate.

Dated: **DEC 2 8 2006**

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>  SHAWN MICHAEL SCALA<br>  PIXIE ERIN SCALA<br><br>              Debtor(s) | Chapter 13<br>Case No. SA 06-11686-TA<br><br>Hearing Date: Tue Dec 19, 2006 |

### NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF MAILING

Notice is hereby given that, pursuant to Local Bankruptcy Rules, the foregoing Order was entered on (specify date): **JAN - 4 2007**.

I hereby certify that I mailed, or deposited in the appropriate receptacle maintained in the Clerk's Office for pick-up, a copy of this notice, and a true copy of said document to the persons and entities on the attached service list on (specify date): **JAN - 4 2007**

Dated: **JAN - 4 2007**

JON D. CERETTO
*Clerk of Court*

By _____
    Deputy Clerk

SERVICE LIST

Amrane Cohen, Chapter 13 Trustee
Orange City Square
770 The City Drive South, # 3300
Orange, California 92868

United States Trustee
411 W. Fourth St., Suite 9041
Santa Ana, California 92701-4593

GREGORY J. DOAN
25401 CABOT ROAD, #119
LAGUNA HILLS, CA 92653

SHAWN MICHAEL SCALA
PIXIE ERIN SCALA
34561 CALLE PORTOLA
CAPISTRANO BEACH, CA 92624-1043

(Trustee Form #434 Rev-01/10/06)